granting motion to make complaint more definite and certain, plaintiff appeals. Modified and affirmed. W. Bourke Cockran, of New York City, for appellant. David Leventritt, of New York City, for respondent.

PER CURIAM. The order appealed from should be modified as follows, and, as so modified, affirmed, without costs: Subdivision A: Stricken out. Subdivision B: Stricken out. Subdivision C: Amended so as to read as follows: "Whether defendant Woodin, or the board of directors of which he was a member, received any part of the amount referred to in paragraph twenty-fifth of the amended complaint as 'various sums aggregating $5,500,000,' and 'additional undivided profits with various constituents.'" Subdivision D: Strike out the last 14 words thereof: "And, if a part, what amount was so received, and when it was received." Subdivision E: Strike out the last 21 words thereof: "And, if a part of said sum, what amount so disappeared, and, if so, what said wrongful acts or negligence consisted of." Subdivision F: Stricken out.

DRY MILK CO. v. PRICE et al. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by the Dry Milk Company against Louis R. Price and another. No opinion. Application denied, with $10 costs. Order signed. See, also, 150 N. Y. Supp. 1084.

DRY MILK CO. v. PRICE et al. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by the Dry Milk Company against Louis R. Price and another. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1084.

DUMSER, Respondent, v. NICKLES, Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Action by Elizabeth Dumser against Eva Nickles. No opinion. Judgment and order of the County Court of Kings County unanimously affirmed, with costs. See, also, 163 App. Div. 967, 148 N. Y. Supp. 1113.

DUNSTON, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Laura D. Dunston against the International Railway Company. No opinion. Motion for reargument (149 N. Y. Supp. 1079) denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

DURYEA, Respondent, v. HENDRICKSON, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Daniel P. Duryea against Pearl Hendrickson.

PER CURIAM. Order affirmed, with $10 costs and disbursements. The lease to which defendant refers covers only lot 1713, and, without deciding whether the subsequent deed imposed the restriction, it is sufficient to justify the court's discretion in granting the injunction that such lot has been united with other lots falling under the covenants. See, also, 150 N. Y. Supp. 1084.

DURYEA, Respondent, v. HENDRICKSON, Appellant. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Daniel P. Duryea against Pearl Hendrickson. No opinion. Motion for reargument (150 N. Y. Supp. 1084) denied, with $10 costs.

EAGER, Respondent, v. FRENSDORF et al., Appellants. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by William Eager, an infant, etc., against Rose Frensdorf and others. L. A. Malkiel, of New York City, for appellants. R. Foster, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

EASTERN ADVERTISING CO., Respondent, v. MORRIS PARK ESTATES, Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by the Eastern Advertising Company against the Morris Park Estates. Sullivan & Cromwell, of New York City, for appellant. H. B. Corey, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

EAUNUZELLE et al., Appellants, v. NEW YORK, N. H. & H. R. R. CO., Respondents. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Action by Michael Eaunuzelle and another against the New York, New Haven & Hartford Railroad Company. T. F. Donnelly, of New York City, for appellants. R. L. Luce, of New York City, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

SCOTT, J., dissents.

ECONOMIDY, Respondent, v. VLASTO et al., Appellants. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Harilaus Economidy against Solon J. Vlasto and others. J. J. Lilly, of New York City, for appellants. A. C. Jopling, of New York City, for respondent. No opinion. Judgment and orders affirmed, with costs. Order filed.

EDGAR v. FISH. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Maxwell Edgar against Stuyvesant Fish. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

In re EMMET. (Supreme Court, Appellate, Division, First Department. December 24, 1914.) In the matter of William T. Emmet. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 260.